IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DONTAVIOUS JANARD DIXON,         *

          Petitioner,         *

v.         Case No. 5:25-cv-00139-TES-CHW

                   *

SHAWN GILLIS,

                   *

          Respondent.

                   *

## J U D G M E N T

Pursuant to this Court's Order dated 6/25/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 25th day of June, 2025.

          David W. Bunt, Clerk

          s/ Raven K. Alston, Deputy Clerk